# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re: §
§
COMPTON, NANCY S. §   Case No. 9-13-bk-04578-FMD
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/09/2013 . The undersigned trustee was appointed on 04/09/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   3,700.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 188.94 |
   | Bank service fees | 230.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 3,281.06 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  08/19/2013  and the deadline for filing governmental claims was  02/19/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 925.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 925.00 , for a total compensation of $ 925.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 42.10 , for total expenses of $ 42.10 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2015        By:/s/DIANE L. JENSEN
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-04578  FMD  Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | COMPTON, NANCY S. | Date Filed (f) or Converted (c): | 04/09/13 (f) |
| | | 341(a) Meeting Date: | 05/15/13 |
| For Period Ending: 07/27/15 | | Claims Bar Date: | 08/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1428 SE 16th ST Cape Coral | 125,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNT(s) | 774.00 | 1,200.27 | | 1,200.27 | FA |
| 3. FURNITURE; HH GOODS-her interest she is married and he is claiming some furniture | 1,000.00 | 724.73 | | 724.73 | FA |
| 4. CLOTHING | 200.00 | 200.00 | | 200.00 | FA |
| 5. JEWELRY | 150.00 | 325.00 | | 325.00 | FA |
| 6. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401K PLAN(S) | 68,000.00 | 0.00 | | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| 9. 1998 Ford truck | 1,500.00 | 1,250.00 | | 1,250.00 | FA |
| 10. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2013 TAX REFUND Debtor owed | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $196,624.00   $3,700.00   $3,700.00

Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report filed 7/27/15 DB
Will close as soon as possible;got TR-she owesOctober 06, 2014, 11:23 am email to attorney re status
of 2013 tax return; July 16, 2014 (SH)
cancelled 2004 after seeing extension-supposedly on extension-asked for proofMay 30, 2014, 03:13 pm
do Motion for 2004 exam for tax returnMay 23, 2014, 01:21 pm Send IRS letter 12/27/13 (mc)  Waiting
for copy of 2013 tax return; September 10, 2013 (SH)
Debtor(s) repurchasing non-exempt assets.  Last payment due 8/23/13; July 17, 2013 (SH)
dictated stip to repurchase within 45 days plus 99/365 of TRJuly 09, 2013, 11:46 am do L to
attorneyJuly 01, 2013, 03:08 pm Attorney granted to appear pro hace vice; sent her fax with copy of
letter of June 3, with deadline to respond prior to Motion for turnover being filed; June 27, 2013
(SH)
do followupJune 17, 2013, 01:44 pm dictated L with Kelley appraisal June 6,2013O/E and Joy LMay 15,
2013, 01:28 pm

Initial Projected Date of Final Report (TFR): 07/20/14      Current Projected Date of Final Report (TFR): 11/25/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-04578 -FMD |
|---|---|
| Case Name: | COMPTON, NANCY S. |
| Taxpayer ID No: | *******8155 |
| For Period Ending: | 07/27/15 |

| Trustee Name: | DIANE L. JENSEN |
|---|---|
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******7414  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 48,409,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/13 | * NOTE * | Patricia Kovacs Attorneys at Law #1135 | REPURCHASE<br>Order Doc #31<br>* NOTE *  Properties 2, 3, 4, 5, 9 | 1129-000 | 3,700.00 | | 3,700.00 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,690.00 |
| 09/10/13 | 001001 | READ & KELLEY ESTATE SERVICES<br>ATTN:  JOY AUGUSTINE<br>P. O. Box 3111<br>North Fort Myers, FL 33918 | APPRAISAL FEE<br>per order 6/12/13; Doc #16 | 3711-000 | | 156.00 | 3,534.00 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,524.00 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,514.00 |
| 11/29/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,504.00 |
| 12/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,494.00 |
| 01/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,484.00 |
| 02/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,474.00 |
| 03/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,464.00 |
| 04/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,454.00 |
| 05/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,444.00 |
| 06/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,434.00 |
| 07/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,424.00 |
| 08/29/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,414.00 |
| 09/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,404.00 |
| 10/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,394.00 |
| 11/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,384.00 |
| 12/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,374.00 |
| 01/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,364.00 |
| 02/27/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,354.00 |
| 03/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,344.00 |
| 04/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,334.00 |
| 05/29/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,324.00 |
| 06/09/15 | 001002 | PAVESE LAW FIRM | MISCELLANEOUS<br>REIMBURSE CERTIFICATE OF SERVICE COST<br>PER GENERAL ORDER<br>File #59913.257 | 2990-000 | | 32.94 | 3,291.06 |
| 06/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,281.06 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-04578 -FMD |
| Case Name: | COMPTON, NANCY S. |
| Taxpayer ID No: | *******8155 |
| For Period Ending: | 07/27/15 |

| | |
|---|---|
| Trustee Name: | DIANE L. JENSEN |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******7414  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 48,409,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account | Balance Forward | | 0.00 | | | |
| *******7414 | 1 Deposits | | 3,700.00 | 2 | Checks | 188.94 |
| | 0 Interest Postings | | 0.00 | 23 | Adjustments Out | 230.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 3,700.00 | | | |
| | | | | | Total | $ 418.94 |
| | 0 Adjustments In | | 0.00 | | | |
| | 0 Transfers In | | 0.00 | | | |
| | Total | $ | 3,700.00 | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 27, 2015 |
|---|---|---|---|---|---|---|

Case Number:   13-04578  
Debtor Name:   COMPTON, NANCY S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM 001<br>3110-00 | DIANE L. JENSEN | Administrative | | $760.00 | $0.00 | $760.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,639.68 | $0.00 | $10,639.68 |
| 000002<br>070<br>7100-00 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $7,243.22 | $0.00 | $7,243.22 |
| 000003<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,922.94 | $0.00 | $2,922.94 |
| 000004<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $328.75 | $0.00 | $328.75 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $5,892.05 | $0.00 | $5,892.05 |
| 000006<br>070<br>7100-00 | Suncoast Schools FCU<br>P.O. Box 11904<br>Tampa, FL 33680 | Unsecured | | $19,000.51 | $0.00 | $19,000.51 |
| 000009<br>080<br>7200-00 | eCAST Settlement Corp,<br>Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $2,792.15 | $0.00 | $2,792.15 |
| 000007<br>050<br>4120-00 | City Of Cape Coral<br>PO Box 31526<br>Tampa FL 33631 | Secured | | $0.00 | $0.00 | $0.00 |
| 000008<br>050<br>4120-00 | Lee County Tax Collector<br>PO Box 630<br>Fort Myers, FL 33902 | Secured | | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: July 27, 2015 |

Case Number:  13-04578  
Debtor Name:  COMPTON, NANCY S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $49,579.30 | $0.00 | $49,579.30 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9-13-bk-04578-FMD
Case Name: COMPTON, NANCY S.
Trustee Name: DIANE L. JENSEN

| | Balance on hand | | | | $ | 3,281.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | City Of Cape Coral | $ 839.67 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | Lee County Tax Collector | $ 1,416.17 | $ 0.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 3,281.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE L. JENSEN | $ 925.00 | $ 0.00 | $ 925.00 |
| Trustee Expenses: DIANE L. JENSEN | $ 42.10 | $ 0.00 | $ 42.10 |
| Attorney for Trustee Fees: DIANE L. JENSEN | $ 760.00 | $ 0.00 | $ 760.00 |

| Total to be paid for chapter 7 administrative expenses | $ 1,727.10 |
| Remaining Balance | $ 1,553.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,027.15  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,639.68 | $ 0.00 | $ 359.21 |
| 000002 | Wells Fargo Card Services | $ 7,243.22 | $ 0.00 | $ 244.54 |
| 000003 | GE Capital Retail Bank | $ 2,922.94 | $ 0.00 | $ 98.69 |
| 000004 | GE Capital Retail Bank | $ 328.75 | $ 0.00 | $ 11.10 |
| 000005 | eCAST Settlement Corporation, assignee | $ 5,892.05 | $ 0.00 | $ 198.93 |
| 000006 | Suncoast Schools FCU | $ 19,000.51 | $ 0.00 | $ 641.49 |

Total to be paid to timely general unsecured creditors      $             1,553.96

Remaining Balance                                                                      $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,792.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | eCAST Settlement Corp, | $ 2,792.15 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE